FILED
JAN 17 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Plaintiff Lowell Green #00518622

v.

Case No. SA23CA0074 FB

Defendant Mental Health Administrator, et al.

_____

Please see Complaint Attached

Green v. UTMB, NO.4:20-CV-04203   Page 1 of 4
From: LOWELL GREEN. TDC# 518622  12-A-41 (1/4/2022)
RE: Mental Health Administrator: (4:20-CV-04203)

Connally Unit - UTMB (Contract) employee's, 809 Harborside Drive Galveston, Texas 77555 Corporation. Tex. Penal Code Ann. §1.07(a)(35), Under Texas law can be held liable for deliberate indifference and conspiracy based on Allred Unit (Mental Health) and Bill Clements (Mental Health) Texas Tech Medical Branch diagnosis bipolar i disorder, Michael P. Scholz ACP on 12/15/2014. "Security referral: Offender advised he is going to kill himself or someone else." MENTAL HEALTH SERVICES MD: TO BCCM and accepting is J. Sutterfield, QMHP-Provider, HSM-14

TRAZODONE 50 MG TABLET. PROVIDER: BARBARA J. BAYER BILL CLEMENTS (BC)

COFFIELD UNIT (UTMB)  ESTELL UNIT (UTMB)
Zoloft

(2.) MCLENNAN COUNTY JAIL (Dr. Baker) MHMR (Mental Illness) Risperidone, LVN Kim Tandtwish (3/4/02-TDC) D6 Mark (Incompetency)(Dr. Carter)(Insanity)
(3.) (Jester Four) (Skyview) Mental Patient...Form "MUST ACCOMPANY" ALL OFFENDER TRANSFERRED TO

Page 1. Please see other side

AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES TEXAS UNIFORM HEALTH STATUS UPDATE 6/21/2022

(4) Connally Unit Mental Health (Refuse to answer all request and the white male Mental Health worker 12 bldg (plainly) ignores his "Hippocratic" [Oath] which is summarized as "First do no harm."

(5) The sad truth is, human beings [prisoners] are treated worst than animals by medical personnels. "Hypocrites.

(6) I need to review my medical Records as my rights to disclosures and copies. I have explained to the administration that I have been in Ad Seg since Feb. 2016. I arrived on Connally 6/21/2022. I told the warden if I am housed with another offender I am going to harm him. I have received numerous

Page 3 of 4

Case(s) for expressing what voices tells me... the officer's feel like disciplinary case(s) solve mental health issues. I have a Life Sentence. Disciplinary Cases cannot hurt a life sentence... A waste of ink and paper.

(6) (FALSE IMPRISONMENT) Lowell Green # 518622 (LEO) and Mental Health MS ~~*****~~ Griffin (Photo copied).

(7/8.) Plaintiff v. UTMB, Bobby Lumpkin, Ken Paxton, Bryan Collier (Executive Director) Governor Greg Abbott,

(8) (Medical Records) LOWELL DEQUINCY GREEN, TDC # 518622, ESTABLISHED AUGUST 28, 1989, From Dallas County (Sheriff) Department August 10, 1989 / 30 years (UUMV) Tex. Penal Code Ann. § 31.07 2 ~~3rd District~~ Court Dallas County, ~~Texas~~, Green v. State, 05-89-01170-CR (Tex. App- Dallas June 11, 1990) Affirmed.

(9) Plaintiff is unlawfully restrained. I have a right ~~to go with~~ to be heard in a court of law. Federal employee's are violating the very Constitutional

Page 3. See other side

- Oath which they sworn to conduct themselves (honestly) and (impartial). They are "not" upholding their Oath based on evidence. ~~[struck out]~~

(10) Connally Unit Internal Affairs officers are sued for Conspiring complaint # 210000853 KDS/775 (POLICE) DOCUMENTED. (F89-97008-K) 05-89-01170-CR/ EXPIRED ~~[struck out]~~  May 23, 2019

(11) Connally Unit Medical Department
(12) MEDICAL RECORDS MENTAL HEALTH "LOWELL" "DELINY" GREEN

Prayer for relief: $7.25 Million Dollars

B. Wherefore Plaintiff Demand a Jury Trial and Punitive Damage, Attorney fee's and any other proper relief which he is entitled by Federal and State laws.

(13) Medical Department - Ms. Griffin and Lt. O.I.G. sued.

Respectfully submitted
Lowell Green
Lowell Green #518622
January 9, 2023

Page 4.

"EMERGENCY" Page 1 of

## Texas Department of Criminal Justice

Green v. UTMB et al. No. 4:2022-04203

### STEP 1 OFFENDER GRIEVANCE FORM

EXHIBIT A

**Offender Name:** Lowell Green **TDCJ #** 519622
**Unit:** Connally **Housing Assignment:** 12-A-~~44~~ 44
**Unit where incident occurred:** Connally Unit

| OFFICE USE ONLY |
|---|
| Grievance #: |
| Date Received: |
| Date Due: |
| Grievance Code: |
| Investigator ID #: |
| Extension Date: |
| Date Retd to Offender: |

(2) " UTMB IS SUED "

(3) You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
**Who did you talk to (name, title)?** ~~Officer~~, U "unknown" Counsel substitute **When?** 12/27/2022
**What was their response?** For me to do whatever. They implied "illegal" action
**What action was taken?** I I am filing this Grievance on them.

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

(4) Abuse-of-Government Power written illegal Disciplinary Case(s) under Lowell DeQuincy Green TDC# 519622, STATE EXHIBIT A. (30) YEARS 292nd COURT OF ~~DECHO~~ DALLAS, TEXAS AUGUST 10, 1989... Judge Jack Hampton, Cause No. F89-97008-V (UUMV) May 23, 1989. STATE ATTORNEY D. VICLETT, PUBLIC DEFENDER J. WHITTLES FOREMAN OF THE JURY. MARY JANE SEFRIS. (0584-01176R Dallas June 11, 1990) (WE82 981-077) (398-CV-1454-MBT) 14-103225

(5) WARDEN V. DAVIS, WARDEN R. BOYD, WARDEN Puente, WARDEN P. RAYFORD Neglect of Duty, Unit Classification FALSE Commitment, the Major signing Major case(s) illegal punishment,

(6) I have served 33 years and 7 month on a

JAN 05 2023

**I-127 Front** (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Page 1. see other side

Appendix F

Page 2 of 2

30 year sentence is a crime committed by the state... Beto McKean, "Lt. unknown" Major case substitute counsel Mexican Female came to 12-A-41 Cell and viewed the STATE'S EXHIBIT A. AND TOLD ME IT DO NOT MATTER, SO I SAID THAT I HAVE THE RIGHT TO TAKE WHAT-EVER ACTION I DECIDE TO TAKE. THE MEXICAN FEMALE STATED FOR ME TO WALK OFF WHENEVER THE OPPORTUNITY PRESENT ITSELF BECAUSE she believe that I am being held illegal. Tex. Pen. Code 37.09, PD-22, R 10

**Action Requested to resolve your Complaint.** CORRECTION OF RECORDS, Ministerial Duty, Constitutional and statutory. PD-22, Rule 10.

**Offender Signature:** Lowell Ona   **Date:** 12/27/2022

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☒ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** Salas Investigator III

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission   UGI Initials: US
Grievance #: 2023051612
Screening Criteria Used: #08 #999
Date Recd from Offender: JAN 05 2023
Date Returned to Offender: JAN 05 2023

2nd Submission   UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission   UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

Page 2.

① Lowell Q. Green v. Skinny's Conv. Store (2012-704-22)
March 29, 2012 Clark Chad
Traywick "accepted" Federal
Lone Star Card (SNAP) Benefits for (BB
Cigarettes) which (illegal) 2012-704-22. April 11, 2012
Aggravated Robbery with a Deadly weapon, to-wit:
"a firearm or BB Handgun (Double Barrel
Shotgun) May 08, 2013. State's Subpoena
② on Waco Police Officer John Finch "Returned" "Unexecuted",
√ Violated Federal law. May 13, 2013 (illegal) Jury Trial and
illegal Life Sentence, (04-13-00456-CR) WR-82,981-02 (6:15-cv-288
③ Walter S. Smith, Jr. (Ignorance)
(W.O.J.)
16-50522 (5th Cir 20)

**U.S. Department of the Treasury**
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686

005793
08/06/21

PLEASE RETAIN FOR YOUR RECORDS

LOWELL Q GREEN
518622
3872 FM 350 S
LIVINGSTON, TX 77351-8580

**What Happened to My Payment?**

The U.S. Department of the Treasury, Bureau of the Fiscal Service (Fiscal Service), applied all or part of your payment to delinquent debt that you owe. This action is authorized by federal law. Below is your payment information:

Payment From: Internal Revenue Service
Payee Name: LOWELL Q GREEN
Original Payment:     $1815.60

Payment Date: 08/06/21
Payment Type: CHECK

**Who Do I Owe?**

We applied your payment to debt that you owe to the following agency:

Texas Health and Human Services Com
P.O. BOX 149055
M/C 1470
AUSTIN     TX  78714-9044

800-666-8531

TOP Trace Number: 183394790
Account#: 9662584
Applied to This Debt:    $406.80  (H.E.B) Store
Type of Debt: Non-Tax Federal Debt

(illegal) use Chad Traywick.

Please see additional pages for other debts, if any.

**What Should I Do Now?**

④ If you agree that you owe the debt, you do not need to do anything. Your debt balance has been reduced. If you believe that your payment was applied in error, you would like to resolve your debt, or you have questions about your debt or outstanding balance, contact the agency listed under **Who Do I Owe.** Please have this notice available when you contact the agency.

⑦ Only an agency listed under **Who Do I Owe** has information about your debt. Before sending a debt to Fiscal Service, an agency must send notice to you at the address in its records. The notice explains the amount and type of debt you owe, the rights available to you, and the agency's intention to collect the debt by applying eligible federal payments made to you. (6:17-cv-131)-RP,

⑧ For questions about your debt, please call the agency listed under **Who Do I Owe.** If you have questions about the Treasury Offset Program, please visit our website at www.fiscal.treasury.gov/TOP or call 1-800-304-3107. Chief Justice Tom Gray

FOR OFFICIAL USE ONLY: RL112916
0000005769 18339479051454004300340945396ALTR-P01LOWE006155

Page 1, See other side

Rex D. Davis, Al Scoggins, Tenth Court of Appeals, 10-16-00430-CR Jan. 11, 2017 Cause no. 2012-709-C2, WR-82,981-02" NO "DEADLY WEAPON" (ACQUITTAL) Skinny's Convenience clerk Chad Traywick alleged Light Grey 9milimeter Luger. He lied. Cause no. 2012-709-C2 or "BB Handgun" (Kimberly Bitterman). DoB: 09/09/1982 ... Social Security no. 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 (Possession) POWERLINE 15XT CO2 Air Pistol BB HANDGUN (BLACK) March 26, 2012 and she said that Lowell Quincy Green is her (husband) Detective Manual Chavez (accepted) that (illegal) evidence, and obtained an (illegal) indictment (2012-709-C2), April 11, 2012 END OF LITIGATION. Tracie Garcia Office of the Inspector General served, Texas Health and Human Services NOTICE Collection, stating that @ $380.00 was used at H.E.B and other store (SNAP) Benefit "Card) belong to Lowell Quincy Green 2408 Ethel Ave Apt A. Waco, Texas 76707. March 29, 2012. Skinny's Convenience store clerk Chad Traywick (withheld) Green's Snap Lone Star Card (6:15cv-285) Jeannette Clack "Shall" PRODUCE GREEN EXHIBITS, or Robert L. Pitman will be "impeached" for Bad Behavior (sitting) on the bench. #1650522

Page 2 of

Page 3 of 3

(5th Cir Oct, 2016)(Robert L. Pitman) "with a void" Indictment Cause No. 2012-70922 Firearm or BB Handgun, No citizen can be compelled to be a witness against himself. U.S. Const. amend V. No. 6:17-cv-131(W.D.Tex. May 23, 2017)(Robert L. Pitman) Failed to "uphold" his Oath. Green v. State, 10-16-00438-CR (Tex. App-Waco Jan. 11, 2017) Cause No. 2012-70922 (en banc) Chief Justice Tom Gray "NO" DEADLY WEAPON. Mandate Issued May 08, 2017 (6:17-cv-131-RP).

(9) Plaintiff Move for Judgments on the Pleadings, $7.25 Million Dollars. 42 USC § 9613(g)(2) This Court has authority to get all EXHIBITS on file with Jeannette Clark Collateral Estoppel Recorded (Proof) $63.00 (my) EXHIBITS 5

Respectfully submitted,
Lowell Green
Lowell R. Green #518622
Connally Unit
899 FM 632
Kenedy TX 78119

I DEMAND REDRESS, OR THIS COURT JUDGES, WILL BE REPORTED TO THE FBI FOR TREASON, XAVIER RODRIGUEZ AND FRED BIERRY (DICTATING), POLITICKING on presumptions (1/9/2023) SHALL FILE.

page 3.