UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **LOWELL Q. GREEN, TDCJ #00518622** § § | |
| **Plaintiff,** § § | |
| § | **SA-23-CV-0074-FB** |
| **v.** § § | |
| **MENTAL HEALTH ADMINISTRATOR,** § **CONNALLY UNIT, UTMB, ET AL.,** § § | |
| **Defendants.** § | |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order of Dismissal denying Plaintiff Lowell Q. Green's presumed request to proceed *in forma pauperis*, dismissing his 42 U.S.C. § 1983 Civil Rights Complaint pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g), and to the extent he seeks relief pursuant to 28 U.S.C. § 2254, denying his application for want of jurisdiction, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Lowell Q. Green's presumed request to proceed IFP is **DENIED** and his 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that to the extent Plaintiff Lowell Q. Green seeks relief pursuant to 28 U.S.C. § 2254, his application is **DISMISSED FOR WANT OF JURISDICTION** because he has not obtained prior approval to file a successive habeas corpus application.

**IT IS FURTHER ORDERED** that the above–entitled cause is hereby **CLOSED**.

SIGNED this 25th day of January, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE